UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:25CR528-HEA/SPM** |
| CASSIDY STOKES, a/k/a "Trey", ) | |
| Defendant. ) | |

**FILED**
OCT - 8 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorneys for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. The Defendant is charged with three counts of distribution of a controlled substance, in violation of 21 U.S.C. § 841(a), an offense for which a maximum 20 years imprisonment is prescribed under Title 18. Thus, there is a rebuttable presumption in favor of detention.

2. According to Homeland Security Investigations ("HIS"), HSI began investigating the Defendant in the Summer of 2025 for drug trafficking. At that time, HSI learned the FBI had previously investigated the Defendant in the winter of 2024 for drug trafficking. Thereafter, the Defendant engaged in multiple purchases of controlled substances with a confidential source and/or an agent acting in an undercover capacity. In total, the Defendant sold the undercover agent over 750 capsules of controlled substances. Laboratory testing indicated that while the Defendant represented the controlled substances he sold as fentanyl, on one occasion, the capsules contained a mixture of

heroin and cocaine, while, on another occasion, the capsules contained a mixture of heroin and ketamine.

3. Studies reflect the risk of mixing ketamine and fentanyl increases the risk of overdose, including serious health consequences and death.[1] Studies also indicate mixing cocaine and heroin often causes severe, often fatal consequences health concerns[2] and can more than double the risk of a fatal overdose.[3]

4. The nature and circumstances of the offenses charged, particularly the dangerous combination of the drugs he was selling, reflect that there is a serious danger to the community that would be posed by the Defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order the Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Jennifer Szczucinski*
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney

---

[1] Ni, A., Lee Cantrell, F., & Clark, R.F. (2018). Ketamine exposure demographics and outcomes over 16 years as reported to US poison centers. *American Journal of Emergency Medicine, 36(8), 1459-1462*; Schifano, F., Corkery, J., Oyefeso, A., Tonia, T., & Ghodse, A.H. (2008). Trapped in the "K-hole": overview of deaths associated with ketamine misuse in the UK (1993-2006). *Journal of Clinical Psychopharmacology, 28(1):114-116*; Gill, J.R., & Stajíc, M. (2000). Ketamine in non-hospital and hospital deaths in New York City. *Journal of Forensic Science, 45(3), 655-658.*

[2] Davis, N.L, Gladden, R.M., Hunter, C.T., Mattson, C.L., & O'Donnell, J. (2020, September 4). Vital Signs: Characteristics of Drug Overdose Deaths Involving Opioids and Stimulants – 24 States and the District of Columbia, January-June 2019. *MMWR. Morbidity and mortality weekly report, 69*(35), 1189–1197.

[3] Desai, R., Dobrer, S., Gan, W., Lock, K., Palis, H., Scow, M., Sedgemere, K., Slaunwhite, A., Xavier, C. (2022, November 15). Concurrent use of opioids and stimulants and risk of fatal overdose: A cohort study. *BMC public health, 22*(1), 2084.